

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00280-CV

**IN RE DNOW L.P.**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: April 9, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR EMERGENCY STAY DENIED AS MOOT

Relator, DNOW L.P., filed its petition for writ of mandamus, accompanying record, and motion for emergency stay on April 6, 2026. The petition and record fail to comply with rules 52.3(k) and 52.7. Having considered the petition, motion, and the record provided, this court has determined that DNOW has not established that it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The motion for emergency stay is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 25-04-015590-ZCV c/w 25-05-15604-ZCV, styled *Mattea Mansell v. DNOW, L.P.*, pending in the 293rd Judicial District Court, Zavala County, Texas, the Honorable Maribel Flores presiding.